DNJ-Cr-021 (09/2017)

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| UNITED STATES OF AMERICA<br><br>v.<br><br>JOHN CUFFARI<br><br>Defendant(s). | Criminal No.  20-651 (RMB)<br><br>**SENTENCING SUBMISSION NOTICE OF DEFENDANT** |
|---|---|

Please be advised that, on this date, defendant JOHN CUFFARI submitted sentencing materials to the Court in this case.

Date:  1/4/2024

By: Vincent C. Scoca, Esq.